### 14484.  CASON *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence, and none of the special grounds of the motion for a new trial requires a reversal of the judgment below.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1923.

Accusation of abandonment of child; from city court of Polk county — Judge Tison. March 20, 1923.

*W. K. Fielder,* for plaintiff in error.

*J. A. Wright, solicitor,* contra.